IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBIE TEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-1164-D |
| ) | |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Remand to State Court [Doc. No. 45]. Upon review of the instant motion, it appears to a legal certainty that Plaintiff cannot recover at least $75,000 on the remaining claim. *See Watson v. Blankinship*, 20 F.3d 383, 386 (10th Cir. 1994). Where the Court determines, after removal, that it lacks subject matter jurisdiction over the action, "the case shall be remanded." 28 U. S. C. § 1447(c).

Accordingly, Plaintiff's Unopposed Motion to Remand to State Court [Doc. No. 45] is **GRANTED**. This action is REMANDED to the District Court of Oklahoma County, Oklahoma. The Joint Motion to Stay Scheduling Order Deadlines Pending Ruling on Unopposed Motion to Remand [Doc. No. 46] is **DENIED** as moot.

**IT IS SO ORDERED** this 8th day of February, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge